# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**DEMITRIUS DEMARION WALDEN,**

   Plaintiff,

v.

**Captain STEVE JONES,**

   Defendant.

Case No. 7:22-CV-21 (HL)

## ORDER

United States Magistrate Judge Thomas Q. Langstaff recommends denying the Defendant's motion to dismiss to the extent that the Defendant seeks dismissal of Plaintiff Demitrius Demarion Walden's complaint. (Doc. 18.) Neither party has objected to the Recommendation, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation (Doc. 18) for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

The Recommendation (Doc. 18) is **ADOPTED** and made the Order of the Court. The Defendant's motion to dismiss is **DENIED in part** and **GRANTED in part**.

**SO ORDERED** this 5th day of December, 2022.

                *s/Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

aem