IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DEMITRIUS DEMARION WALDEN, | * |
| Plaintiff, | * |
| v. | Case No.7:22-cv-21(HL) |
| | * |
| Captain STEVE JONES, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.

This 15th day of June, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk